Original

E-filing

FILED 08 MAR 18 PM 2:38 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name Struggs Cedric Lynn
(Last) (First) (Initial)

Prisoner Number C-28615

Institutional Address P.O. Box 1050 D7-116 Salinas Valley State prison, Soledad, Cal. 93960-1050

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cedric Lynn Struggs
(Enter the full name of plaintiff in this action.)

vs.

Mike Evans, warden, Obudsmen office, Matthew Thomas, Captain E. Ponder, LT. J. Stevenson, LT. E. moore, Sgt. M. Nillsson, LT. J. Celaya, C/O J. Rodriquez, C/O R. Reynoso, C/O T. Woolf, C/O E. Camarena, C/O O. Reynoso, C/O T. Sheets, LVN H. Sanchez, E. Medina CC-II Appeals,
(Enter the full name of the defendant(s) in this action)
Also - C/O R. Basso.

**CV 08 1495**

Case No. ______
(To be provided by the Clerk of Court)

**MMC**

COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983

**(PR)**

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[<u>Note:</u> You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement Salinas Valley State prison

B. Is there a grievance procedure in this institution?

YES (✓) NO ( )

C. Did you present the facts in your complaint for review through the grievance procedure?

YES (✓) NO ( )

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why. See Attached page A, of 1A

1495 MMC

-A- of 1A

from QD of first page

(1) To the warden office (rejected). 7-23-06

(2) Obudsmen office (rejected). 8-1-06

(3) To Appeals Coordinator E. Medina based on threat of S.H.O. E. Moore S.V.S.P. C Log No 07-00235 (No results) 12-2-06

(4) To Appeals Coordinator CDC 602 regarding S.H.O. E. Moore. and the Violations of Sgt. M. Nilsson et. al. (No results) 1-31-07

(5) To Appeals Coordinator CDC 602 S.V.S.P. C log No# 07-01367 7. Stating Screen out form 4-18-07 Time Constraints not met. 2-27-07

(6) Letter of Complaint to M. Evans (warden) 3-26-07

(7) To Appeals Coordinator CDC 602 and Complaint form. on retaliaton. re-written in ink on 4-22-07 S.V.S.P. d 07-01913. 4-3-07

(1) informal Level By-pass. ~~Second~~ first Level Denied June 4. 2007. Second Level partially granted July 17. 2007, third level Denied Jan 24. 2008.

Noted I have other Screen out forms that E. Medina requested or he wrote incomplete 602.. Also:

prior to this Case plaintiff filed an Appeal for his brother based on his out-going mail Was never mailed out. Sgt. M. Nillsson were the investigator.

Date 3-19-08

C-28615

[signature]

Cedric Struggs

1. Informal appeal plaintiff states on 7-23-06 he Submitted a CDC 602 Appeals form, with a Complaint CDC 1858 form to the warden (See attached Sheets) 1+2.

2. First formal level

3. Second formal level

4. Third formal level

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. CC-II E. medina (Appeals Coordinator) Constantly Screened out CDC 602 atleast Six times, but finally allowed the last one in on (retaliation).

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Cedric Lynn Struggs C-28615
P.O. Box 1050 D7-116
Soledad, Cal. 93960-1050 S.V.S.P.

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

mike Evans, warden of S.V.S.P, matthew Thomas ombudsmen at S.V.S.P, Captain E. Ponder C-yard S.V.S.P. See page -B- of 2B

additional page of Question one (page 2).

-1-

office. that 602 and Complaint was returned Saying to submit Appeals to the S.V.S.P. inmate Appeals office. and not directly to the warden.

Then plaintiff addressed this matter with CDC 602 and Complaint form on 8-1-06 to the Obudsmen office. approximately 8-12-06 while still in Ad-Seg D2-105. plaintiff was pulled out his Cell for an interview. I Express my Concerns as to why me and my Brother needs this Case investigated. the interviewer Stated that he Can touch this Case based on I am saying that officer's put drugs in my Cell without any proof. I informed him my proof is that me nor my brother had drugs in our Cell. So before leaving I had the interviewer Sign his name on the Envelope that I Sent to his office.

plaintiff later filed CDC 602 on 12-2-06, regarding S.H.O. E. moore Verbal threats with O.C. Spray. and LT. E. moore Violation of Disciplinary procedures...,
On 12-11-06 CC-II Elou Meding Sent me a Screen out form CDCR 695 Stating: incomplete 602 and asking what was the threat. On 1-14-07 plaintiff inform E. Medina what was Said and the threat itself.

On 1-25-07 E. Medina CC-II forward plaintiff another CDCR 695 Screen out form Stating: your appeal was not accepted by hiring Authority as Staff Complaint. Also - To Appeal an RVR, you need to attach a Complete final Copy w/all Attachments and note due process/procedural Violations., On 1-31-07 plaintiff again Send/Sent all requested document(s)., also Sent a Copy to: State personnel Board Merit Appeals office.

See page 2

Date 3-19-08

C-28615
[signature]
Cedric Struggs

page 2 of Additional page of Question one.

-2-

On 2-1-07 E. Medina again Sent plaintiff CDCR 695 Screen out form Stating: Allegations of Staff Misconduct must be Separate from RVR Appeals. Also- you re-fused to attend hearing. you are attempting to pre-sent defense to Charges in your Appeal. The purpose of Appealing process is not to reheat RVR.

plaintiff again Sent E. Medina all requested doc-uments. and on 2-27-07 again I Sent E. Medina Everything he asked for. On 3-27-07 E. Medina Sent plaintiff CDCR 695 Screen- out form Stating: Time Constraints Not Met. date of Alleged incident 6-11-06 date of Appeal 3-27-07. 4-18-07 time Const-raints not met.

On March 26.2007 plaintiff Addressed a Letter of Complaint to: Mike Evans (Warden), informing him of the Situation in regards to plaintiffs Many attempts to have this matter resolved at this 602 level.,

On April 3.2007 S.H.O. Lt. E. Moore ordered plain-tiff to be placed in Administrative Segregation.,

On April 3. 2007 plaintiff filed CDC 602 form, based on Lt. E. Moore removed plaintiff from C-yard for filing Letter of Complaint to Warden..., that appeal was Screened out because it was not written in ink.

On April 22.2007 plaintiff received E. Medina request. and re-written 602 in ink. NOTED this CDC 602 is the (only) 602 that have a first. Second + thrid level Appeal response. and this matter Coincide with (all) the appeals E. Medina Screened out.

Date 3-19-08

Cedric Struggs C-28615

Cedric Struggs

of 2B
See Page "B" hereto attached.

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

At 8:30 hours A.M.
On June 11, 2006 Sgt. M. Nillsson set in motion a Cell Search upon plaintiff and his Brother Cell. c/o J. Rodriquez, c/o R. Reynoso, c/o T. Woolf, c/o E. Camarena approached my door aggressively, Open food Slot and begin Spraying O.C. plaintiff had a bag of prison made wine that wasted all in front of my toilet and the cell door. After being Sprayed with three cans of O.C. both inmates Cuffed up. me myself were escorted to C-Holding Holding Case by c/o J. Rodriquez and c/o E. Camarena, approximately two and ahalf hours later LVN H. Sanchez Completed the 7219 medical report. about 1:30 P.m. c/o Smether and c/o Washington inventory my property See additional Sheet 3A. of 3 pages.

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

prosecute all wrongdoers, lost of Employment of three defendant(s), House petitioner in federal prison. Dismiss all Charges founded

-B- of 2B

from page "2" of Complaint # 2B Question

LT. J. Stevenson 01-Ad-Seg D-yard S.V.S.P.,

LT. E. moore C-yard S.V.S.P.

LT. J. Celaya C-yard S.V.S.P.

Sgt. M. Nillsson C-yard S.V.S.P.

C/o J. Rodriguez C-yard S.V.S.P.

C/o R. Reynoso C-yard S.V.S.P.

C/o T. Woolf C-yard S.V.S.P.

C/o E. Camarena (Transfered out of S.V.S.P.).

C/o O. Reynoso C-yard S.V.S.P.

C/o T. Sheets C-yard S.V.S.P.

LVN H. Sanchez Employeed at S.V.S.P.

CC-II Eloy Medina Appeals Coordinator S.V.S.P.

Date 3-19-08

[signature] C-28615
Cedric Struggs

Additional Sheet 3A of page one

and had me sign property form. While my brother signed his, C/O J. Rodriquez and C/O E. Camarena walked in informing C/O Smether and C/O Washington that they had it from here. (Noted: me and my brother requested decontamination again and was told No). asking C/O Smether and C/O Washington where are the Jewelry at. all four officers left, and about 10 minutes later C/O J. Rodriquez and C/O E. Camarena returned saying you all have to send this Jewelry home so sign this form alone with address. Addition to that I had Tennis, photos and books sending home with ring + Cross. a few minutes later me and brother were escorted to D2 Administrative Segregation unit around 2:20 P.M. (my mother never received Jewelry)

On 6-15-06 plaintiff appeared before I.C.C., that Committee extended 60 days for investigation into Conspiracy to introduce a Controlled Substance within an institution. At that time I informed I.C.C. that me nor my brother had drugs in our cell. and that, I am saying now that: One of those officers put drugs in our cell. I.C.C. asked what proof do you have.. we are awaiting the Lab results.

On and about 7-17-06 plaintiff received RVR and other documents regarding this Case. at that time I requested postponement pending outcome of referral for prosecution.. Signed and dated on 7-19-06. I requested investigative Employee signed and dated 7-19-06. I also requested all officers for witnesses.

On 7-22-06 I.E. R. Basso arrived to my Ad-Seg Cell asking do we reject him being our I.E. and did we have any questions ready. I personally informed I.E. R. Basso that: I dont have any statements ready at this time, and based on I have postpone this Case your job is for you to wait for D.A., I.E. R. Basso left.

On 7-23-06 plaintiff filed a CDC 602 with inmate Complaint form directly to the warden Mike Evans. in that 602 I written that: Sgt Nillsson instructed a Raid of Cell C7-108 that me and my brother was assigned to. I requested an interview and a full investigation in to this matter. the warden office rejected my 602 Complaint. that was also an Emergency Appeal.

On 8-1-06 plaintiff filed CDC 602 and Complaint form directly to the obudsmen office. addressing that: I was forced out of my Cell by officer(s) with O.C. pepper spray. placed in Ad-Seg for Conspiracy to introduce a Controlled Substance within an institution. that officers placed drugs inside my Cell.. and that I have filed an Emergency Appeal to the warden office but no one have yet responded. Noted: on 8-12-06 I was briefly interviewed by obudsmen personnel... who stated that he can't

Additional Sheet 3A of page two

touch this 602 Complaint, based on you are suggesting that officers put drugs into your Cell. I Said yes. he said you don't have no proof. after he asked the Ad-Seg officer to take me back to my Cell. I Said Sir I donot know your name. Can you write it on this Envlope (and he did).

On 8-17-06 plaintiff appeared before I.C.C. inwhich Committee released from ASU back to C-facility. the Committee Stated: there are No investigation into this matter, you are approved to go back, and take Care of your brother. me and my brother was released the Same Day.

On 8-29-06. I appeared before UCC. inwhich UCC released me and my brother from Orientation Status. and Joking Saying: Don't have no more drugs in your Cell. and the Committee laughed.

On and about 8-30-06 or 9-3-06 another officers who job were passing RVR to inmates the year of 2006 on C-yard - Who Signed alot of our documents, brought I.E. report to my assigned Cell C7-106. I made an Attempt to Question where is my I.E. R. Bassco, because my Case was postpone. Mr. R. Bassco did not have the authority to Question Witnesses, he never had our Questions, the officer Said: I don't know I was told to give you both those report, then he walked off.

On 12-2-06 plaintiff attended 115 hearing. SHO ask was I ready to proceed. I Stated No because Violation with I.E. based on my RVR was postpone. I.E. Bassco should not have Question anyone without my Questions, this matter should have begin right after DA. rejected on 11-9-06. I inform S.H.O. E. Moore I still have not received all photos in this Crime. I wanted witnesses at the hearing. S.H.O. E. Moore Said you didn't want any witnesses. I have five photo's and that I.E. R. Bassco did his report. So plaintiff informed S.H.O I do not wish to attend this hearing. S.H.O. Ordered me to remain Sitted. I again told S.H.O. that he Can't make me Attend this hearing. S.H.O Said if I get out of my Sit again I will be O.C. Sprayed. So to get out of that Situation. I told Sgt. Lutes, c/o Culver c/o Dukes, c/o Puckett and S.H.O. that my legal Papers are in my Cell. S.H.O. Stated go get them and return back here. I return to my Cell and then refused to come out. the above officers named arrived to my Cell Saying Come out. then the LT. E. Moore said I'm Ordering you to Come back to this hearing. I Said No. about three minutes later S.H.O officer Said you moving, role your Stuff up. (and I moved.)

Additional Sheet 3A of page three.

On 12-7-06 plaintiff filed an inmate appeal CDC 602 on S.H.O. E. Moore for his Conduct, and Violation(s) within that hearing. The Staff Complaint was rejected.. and their Comments were I/m Claims Lt. moore threatened I/m during 115 hearing. I/m claims this was done in front of unnamed officers. (when my 602 Clearly States each officers name who was present).

On 12-11-06 CC-II Elou Medina sent plaintiff a Screen out asking: what was said? what was the threat? I explain that he threaten with O.C. pepper Spray if I didn't Complete the 115 hearing.

On 1-25-07 CC-II E. medina Sent me another Screen out Stating I need to attach a Complete final Copy. Noted: plaintiff had already did that in this Same 602. So I attached Everything again.

On 1-31-07 plaintiff made another attempt to have his Case reviewed. E. Medina Sent another Screen out form Stating: Allegations of staff misconduct must be separate from RVR appeals. also Stating: you refused to Attend hearing, you are Attempting to present defense to Charges in your appeal. the purpose of Appeals process is not to rehear RVR. Dated 2-1-07.

On 2-27-07 plaintiff filed another 602 based on E. medina cc-II informing that I had to re-write 602. So I Amended Appeal. CC-II E. Medina Screened out 602 saying 4-18-07, time Constraints not met, but Screen out form is dated 3-27-07.

On 3-26-07 plaintiff then filed a "letter of Complaint" Regarding I've made many attempts to have 602's process. Excessive force use.. No Decontamination and medical Treatment in a timely matter. false reports written by all staff, especially by C/O T-Sheets which says positive methamphetamine, and positive Amphetamine, that was tested by R. Salao Security Squad officer #5. the lab result Came back Cocaine. the Complaint Continued C/O Basso falsified I.E. report. S.H.O. Lt. Moore Violated my right to have a fair hearing. the missing property. E. Medina Screening out 602 Ect. ect..

On 4-3-07 Lt. E. Moore placed me in Ad-Seg for Safety Concerns due to my letter of Complaint to the Warden. plaintiff then filed an appeal on Lt. E. Moore for Retaliation. E. Medina cc-II Screen out 602 saying need to write in ink. on 4-22-07 plaintiff filed 602 in ink, first level denied, Second level partially Granted. third level Denied.

On 11-25-07 plaintiff was Cut in the upper back, Noted: that ICC placed plaintiff on D-yard on 4-12-07 do to my Complaint to the Warden. plaintiff Came out of Ad-Seg on Feb 2, 2008 placed back on D-yard Only.

Date 3-19-08

Cedric Struggs (signature)

Cedric Struggs

Status Claim for Each Defendant(s)
Continuation of 3A page 3.

(1) mike Evans (warden) failure to investigate 602 and Complaint in this Case. Dollar amount 100.000.

(2) M. Thomas (Obudsmen) failure to investigate 602 and Complaint. Dollar amount 100.000.

(3) E-Ponder (Captain) for assisting in locking plaintiff up in Ad-Seg. not investigation Dollar amount 103.000.

(4) J. Stevenson (LT.) for his lack of investigation and false report. Dollar amount 10.000.

(5) E. Moore (LT.) Not Conducting RVR hearing in the manner thats required by law. his threats for plaintiff to attend hearing. his retaliation and removing plaintiff from C-yard for filing Letter of Complaint to warden. Dollar amount 200.000.

(6) J. Zelaya (LT.) for agreeing with LT. E. Moore and answer 602 on LT. E. Moore retaliation Complaint Dollar amount 50.000.

(7) M. Nillson (Sgt.) for ordering a raid upon my Cell. Excessive force with O.C. pepper Spray. Retaliation from lack of investigation into 602 regarding withholding out going mail for over two months, false reports written. assisting in putting drugs in my Cell. Dollar amount 100.00.

(8) J. Rodriquez (C/O) for false reports written. No decontamination, thief of Jewelry. Dollar amount 10.000.

(9) R. Reynoso (C/O) for false report written No decontamination Dollar amount 5.000.

(10) I. Woolf (C/O) false reports written. Excessive force with O.C. spray No decontamination Dollar amount 10.000.

(11) E. Camanrena (C/O) false reports. No decontamination. thief of Jewelry Dollar amount 5.000.

(12) O. Reynoso (C/O) false reports Dollar amount 5.000.

(13) T. Sheets (C/O) false reports written. assiting Sgt M. Nillsson with puting drugs in my cell Dollar amount 50.000.

(14) H. Sanchez (LVN) false reports lack of medical attention Dollar amount 2.000.

(15) E. Medina (CC-II) Not processing 602 and Complaints Dollar amount 70.000.

(16) R. Basso C/O. I.E. false reports Dollar amount 30.000.

Date 3-19-08

[signature]
Cedric Struggs

by CDC, award monetary Damages, demote Six other officer(s). (Also see State report.)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19 day of March, 2008

[signature]

(Plaintiff's signature)



Cedric Struggs C-28615
P.O. Box 1050 D7-116
Soledad, Cal. 93960-1050
Salinas Valley State Prison

RECEIVED
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Courthouse
California Northern
P.O. Box 36060
280 South First Street
San Francisco, Cal. ~~94102~~

Confidential
Legal Mail

LEGAL MAIL ONL