Cedric Struggs
*Petitioner*

Mike Evans Warden
*Respondent(s)*

FILED
08  1495  MMC
(PR)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, Cedric Struggs _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1.  Are you presently employed?  ☐ Yes  ☒ No

   a.  If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   b.  If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. Nov 23, 2007  11 Cent about 4.00

2.  Have you received, within the past twelve months, any money from any of the following sources?

   a.  Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b.  Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c.  Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d.  Gifts or inheritances?  ☐ Yes  ☒ No
   e.  Any other sources?  ☒ Yes  ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: My Mother and a few friends

3.  Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
    ☐ Yes  ☒ No

   If the answer is yes, state the total value of the items owned: _____

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☑ No

    If the answer is yes, describe the property and state its approximate value: _____

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Mother  Doris M. Shotwell .

    _____

    _____

    I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

    Executed on _____            _____
    _____*Date*            *Signature of Petitioner*

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $_____ on account to his credit

at the _____ institution where he is

confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said

institution: _____

_____

_____

_____            _____
*Date*            *Authorized Officer of Institution/Title of Officer*

1

2                                          Case Number: _____

3

4

5

6

7

8

9                              CERTIFICATE OF FUNDS

10                                        IN

11                              PRISONER'S ACCOUNT

12

13          I certify that attached hereto is a true and correct copy of the prisoner's trust account

14   statement showing transactions of C28615 Struggs, Cedric _____ for the last six months

15   at    SALINAS VALLEY STATE PRISON
          ACCOUNTING DEPARTMENT
16        P.O. BOX 1020                        [prisoner name]
          SOLEDAD, CA 93960-1020
17   _____  where (s)he is confined.

18              [name of institution]

19          I further certify that the average deposits each month to this prisoner's account for the

20   most recent 6-month period were $ 57.03      and the average balance in the prisoner's

21   account each month for the most recent 6-month period was $ 73.99 .

22

23   Dated: 3/14/08                         L. macias

24                                           [Authorized officer of the institution]

25

26

27

28

1

2                                    Case Number: _____

3

4

5

6

7

8

9                          CERTIFICATE OF FUNDS

10                                       IN

11                          PRISONER'S ACCOUNT

12

13      I certify that attached hereto is a true and correct copy of the prisoner's trust account

14  statement showing transactions of _____ for the last six months at

15                                  [prisoner name]

16  _____ where (s)he is confined.

17          [name of institution]

18      I further certify that the average deposits each month to this prisoner's account for the most

19  recent 6-month period were $ _____ and the average balance in the prisoner's account

20  each month for the most recent 6-month period was $_____.

21

22  Dated:_____          _____

23                                  [Authorized officer of the institution]

24

25

26

27

28

```
REPORT ID: TS3030  .701                          REPORT DATE: 03/14/0
                                                 PAGE NO:
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                        SALINAS VALLEY STATE PRISON
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 14, 2008

  ACCOUNT NUMBER : C28615              BED/CELL NUMBER: FDB7T1000000116U
  ACCOUNT NAME   : STRUGGS, CEDRIC LYNN      ACCOUNT TYPE: I
  PRIVILEGE GROUP: B
                          TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----   ----  -------------  ---------  ---------  ---------  ----------  ---------

09/01/2007   BEGINNING BALANCE                                              27.98

09/07 D553 INMATE PAYROL 0711 W8/07                   5.56                  33.54
09/25*D300 CASH DEPOSIT  0902 6910                   100.00                133.54
10/04 D553 INMATE PAYROL 0977 W9/07                   6.80                 140.34
10/05 FC06 DRAW-FAC 6    1000  D-7                             115.00       25.34
10/16 W415 CASH WITHDRAW 1086 FLYA   284041167                  7.50        17.84
10/16 W415 CASH WITHDRAW 1086 SURRO  284041168                  9.00         8.84
11/02 D300 CASH DEPOSIT  1235 7021                   200.00                208.84
11/06 D553 INMATE PAYROL 1255W10/07                   6.08                 214.92
11/07 FC06 DRAW-FAC 6    1279   D7                              70.00       144.92
11/26*DD30 CASH DEPOSIT  1425 7085                    22.50                167.42
12/06*VD53 INMATE PAYROL 1497W11/07                   1.23                 168.65
12/10 FC06 DRAW-FAC 6    1525 D1                                45.00       123.65
12/14 W512 LEGAL POSTAGE 1586 ENVEL                             0.20       123.45
12/20 W512 LEGAL POSTAGE 1633 ENVEL                             0.70       122.75
      ACTIVITY FOR 2008
01/02 W516 LEGAL COPY CH 1696 LCOPY                             3.60       119.15
01/03 W515 COPY CHARGE   1706 MCOPY                             0.24       118.91
01/08 FC06 DRAW-FAC 6    1757 D1                                45.00       73.91
02/05 W512 LEGAL POSTAGE 2022 ENVEL                             1.35       72.56
02/08 FC06 DRAW-FAC 6    2091 D1                                30.00       42.56
02/20*W415 CASH WITHDRAW 2175 WRITE 284041971                  40.00        2.56


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/24/00                    CASE NUMBER: SS991499
COUNTY CODE: MON                            FINE AMOUNT: $      800.00

   DATE      TRANS.     DESCRIPTION            TRANS. AMT.     BALANCE
--------    ------   -----------------------   ----------   ----------

09/01/2007   BEGINNING BALANCE                                 800.00
```

REPORT ID: TS3030  .701                          REPORT DATE: 03/14/0
                                                 PAGE NO:

                      SALINAS VALLEY STATE PRISON
                      INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 14, 2008

ACCT:  C28615      ACCT NAME: STRUGGS, CEDRIC LYNN        ACCT TYPE: I


                   * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/24/00                   CASE NUMBER: SS991499
COUNTY CODE: MON                           FINE AMOUNT: $      800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|------|--------|-------------|-------------|---------|
| 11/26/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 775.00 |
| 12/06/07 | VR53 | RESTITUTION DEDUCTION-IWF | 1.36- | 773.64 |

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                      TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 27.98 | 342.17 | 367.59 | 2.56 | 0.00 | 0.00 |


THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.  3/14/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY X. macias SUSP
TRUST OFFICE

CURRENT
AVAILABLE
BALANCE
-------------
       2.56
-------------
-------------