**FILED**

APR 08 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Cedric Lynn Struggs )
                    )
         Plaintiff, )   CASE NO. _____ 95
                    )
    vs.             )   PRISONER'S
                    )   APPLICATION TO PROCEED MMC
Mike Evans (warden) )   IN FORMA PAUPERIS      (PR)
Et, al.    Defendant. )

I, Cedric L. Struggs declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?  Yes ____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____— In prison over 27 years —_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or          Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,       Yes ___ No ✓
12           or royalties?
13      c.   Rent payments?                   Yes ___ No ✓
14      d.   Pensions, annuities, or          Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments, Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.        N/A
21  _____
22  _____
23  3.    Are you married?                    Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:   N/A
27  Gross $_____ Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5          _____ N/A _____
6          _____
7  5.    Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:   N/A
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

$800.00 Restitution to the State. Court fine 2000.

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____          [signature]

DATE                            SIGNATURE OF APPLICANT



Cedric Strongs C-28615
P.O. Box 1050 D7-116
Soledad, Cal. 93960-1050
Salinas Valley State Prison

C-08-1495

STATE PRISON GENERATED MAIL

Legal Mail

BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES