Cedric Struggs C-28615
P.O. Box 1050 D7-116
Soledad, Cal. 93960-1050
S.V.S.P.

RECEIVED
APR - 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Clerk,

On the 14 day of March, petitioner forward (1) Original and (1) Copy, 42 U.S.C. 1983 Civil Complaint to this Court..., also petitioner sent One Copy to the Attorney General office.

My CDC CCI Counselor Mrs. Martizens sent and secured Certification of funds to the trust office, but petitioner has yet to receive a Copy, or information that those documents was sent out, to both parties.

Can you please send me a status report.

Thanks for your time

Date 3-31-08

Cedric Struggs

