1  Cedric Struggs, C-28615
   P.O. Box 1050 D7L 116
2  Soledad, Cal. 93960-1050
   S.V.S.P.  In pro se

FILED
08 MAY 13 PM 12: 46

United States District Court
Northern District of California

| Cedric Lynn Struggs, Plaintiff., | Case No CV 08 1495-MMC |
|---|---|
| vs. | Motion for Correction on Defendants, to be Added in this Case. |
| Mike Evans, Warden et al. | |

To the honorable Judge in this matter Case No CV 08 1495.

Plaintiff Cedric L. Struggs filed this Complaint under the Civil rights Act, title 42 U.S.C. 1983 on 3-18-2008.

Plaintiff received a status report from the Clerk in which has fifthteen defendant(s).

Plaintiff now files this motion to properly add defendant % R. Basso. Plaintiff does include % R. Basso on defendant Cover Sheet. Defendant % R. Basso is mention in 'Statement of Claim' of additional Sheet of 3A of page one. also, See Status claim for each defendant No# 16 R. Basso %.

Plaintiff States the foregoing are true and Correct.

Date 5-7-08

Cedric Struggs

STATE OF CALIFORNIA
COUNTY OF MONTEREY

(C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 1746)

I, **Cedric L. Struggs**, declare under penalty of perjury that: I am the **Plaintiff** in the above entitled action; I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **7th** day of **May**, 20**08**, at Salinas Valley State Prison, Soledad, California 93960-1050.

(Signature) _Cedric Struggs_
DECLARANT/PRISONER

---

PROOF OF SERVICE BY MAIL
(C.C.P. SEC 1013(a) & 2015.5; 28 U.S.C. SEC. 1746)

I, **Cedric Struggs**, am a resident of California State Prison, in the County of Monterey, State of California; I am over the age of eighteen (18) years and am/~~am not~~ a party of the above entitled action. My state prison address is: P.O. Box 1050, Soledad, California 93960-1050.

On **May 7, 2008**, I served the foregoing: **Motion for Correction on Defendant...**

(Set forth exact title of document(s) served)

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s), with postage thereof fully paid, in the United States Mail, in a deposit box so provided at Salinas Valley State Prison, Soledad, California 93960-1050.

**(1) To U.S. District Court Northern District of California, (2) to Attorney General Office.**

(List parties served)

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **May 7, 2008**

_Cedric Struggs_
DECLARANT/PRISONER

