IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CEDRIC LYNN STRUGGS,<br><br>        Plaintiff,<br><br>  v.<br><br>MIKE EVANS, Warden, et al.,<br><br>        Defendants. | No. C 08-1495 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME**<br><br>**(Docket No. 41)** |

      GOOD CAUSE APPEARING, the defendants' request for an extension of time to file a dispositive motion is hereby GRANTED. Defendants shall file a dispositive motion no later than **February 12, 2010**. Within **thirty** days of the date such dispositive motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto. Defendants <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

      This order terminates Docket No. 41.

      IT IS SO ORDERED.

DATED: December 18, 2009

_____
MAXINE M. CHESNEY
United States District Judge