United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS, ) | No. C 08-1495 (PR) |
| ) Plaintiff, ) | **ORDER OF SERVICE ON DEFENDANT R. BASSO** |
| v. ) | |
| A. HEDGPETH, Warden, et al., ) | |
| ) Defendants. ) | |
| _____ ) | |

On March 18, 2008, plaintiff, a California prisoner incarcerated at Salinas Valley State Prison ("SVSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. In its initial review order, the Court ordered service on defendants. One defendant, R. Basso, remains unserved. The Office of the Attorney General has now provided an address for defendant R. Basso. Accordingly, the clerk of the court shall reissue summons, and the United States Marshal shall serve a copy of the second amended complaint (Docket No. 57), the Court's screening order of April 28, 2011 (Docket No. 59), and a copy of this order upon defendant R. Basso at the following address:

//
//

R. Basso
Pelican Bay State Prison
5909 Lake Earl Drive
Crescent City, CA 95531

    IT IS SO ORDERED.

DATED: June 2, 2011

_____
MAXINE M. CHESNEY
United States District Judge