**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC LYNN STRUGGS, | No. C 08-1495 (PR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S RENEWED MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | |
| A. HEDGPETH, Warden, et al., | **(Docket No. 63)** |
| Defendants. | |

Before the Court is plaintiff's renewed motion for appointment of counsel. By prior order (Docket. No. 21), plaintiff's earlier motion for appointment of counsel was denied. For the reasons stated in that prior order (see id.), plaintiff's present motion for appointment of counsel likewise is denied. If the Court subsequently determines appointment of counsel is warranted, it will seek volunteer counsel to represent plaintiff.

This order terminates Docket No. 63.

IT IS SO ORDERED.

DATED: June 15, 2011

MAXINE M. CHESNEY
United States District Judge