IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CEDRIC LYNN STRUGGS,

         Plaintiff,

  v.

MIKE EVANS, Warden, et al.,

         Defendants.

_____

No. C 08-1495 MMC (PR)

**ORDER GRANTING DEFENDANT'S THIRD REQUEST FOR EXTENSION OF TIME**

**(Docket No. 66)**

     GOOD CAUSE APPEARING, defendants' third request for an extension of time to file a dispositive motion is hereby GRANTED.  Defendants shall file a dispositive motion no later than **August 10, 2011**.  Within **thirty** days of the date such dispositive motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto. Defendants <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

     This order terminates Docket No. 66.

     IT IS SO ORDERED.

DATED: July 29, 2011

_____
MAXINE M. CHESNEY
United States District Judge

**United States District Court**
For the Northern District of California